UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE L. MILLER,
CHAPTER 7 TRUSTEE FOR THE
ESTATE OF WL HOMES, LLC,

    Plaintiff,

    v.

CHEVRON CORPORATION,

    Defendant.

_____/

No. C 12-80218 MISC PJH

**ORDER DENYING REQUEST FOR SERVICE OF PROCESS**

Plaintiff George L. Miller ("plaintiff") holds a money judgment entered on November 16, 2011 against defendant Chevron Corporation ("defendant") in the U.S. Bankruptcy Court for the District of Delaware. That judgment is registered in this court in the above-captioned matter.

Plaintiff has filed a request for an order appointing his selected registered process server to serve the writ of execution. Plaintiff requests that registered process server American Legal Support Services, Inc. be "authorized and appointed to serve the writs in the above case." Dkt. 5-1 at 1.

Plaintiff effectively may serve the writ without appointment of a particular process server by operation of state law provisions for enforcement of judgment, which provide that "any registered process server' may serve the writ of execution. Cal. Code Civ. Proc. § 699.510. Further, any order appointing a particular process server may create a false sense of imprimatur by the court. For these reasons, plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge